**UNITED STATES DISTRICT COURT**
Southern District of New York



**AFFIDAVIT OF SERVICE**

Index no :20-CV-2898

**DCH Licensing LLC**

    Plaintiff(s),

vs.

**Jeffrey Rinde, et al**

    Defendant(s).

**STATE OF CONNECTICUT**
                     ss: East Hartford
**HARTFORD COUNTY**

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **05/07/2020** at **5:50 PM**, I served the within **Summons in a Civil Action, Complaint, Jury Trial Demanded** on **Jeffrey Rinde** at **4 Cunningham Place, Westport, CT 06880** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Daria Rinde, Daughter/Co-Resident**, a person of suitable age and discretion. Said premises is recipient's usual place of abode within the state.

Pursuant to CPLR-Section 308(4), on **05/08/2020**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from and attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **05/06/2020 @ 7:05 P.M., this is a beige single family cape house. The house is dark. There was no answer at the door. I left a generic delivery note on the door.**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Black | 20 | 5'4" | 120 |
| Other Features: | | | | | |

Your deponent asked the person spoken to whether the Recipient was in the active military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, Recipient is not in the military service.

Sworn to and subscribed before me on
May 08, 2020
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: 03/31/2023

X _____
Eric Rubin
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

**AMY J. CHANTRY**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2023