# CKR | law

### GLOBAL PRESENCE. LOCAL EXPERTISE.®

1330 AVENUE OF THE AMERICAS | NEW YORK, NEW YORK 10019 | T +1.212.259.7300 | F +1.212.259.8200

By email: Temporary_Pro_Se_Filing@nysd.uscourts.gov

May 28, 2020

To whom it may concern:

The parties to the action in the attached stipulation are in advanced stages of settlement negotiations, and it is anticipated that a resolution will be reached prior to the requested extension date. Opposing counsel has consented to the extension. Therefore, we respectfully request the time for defendant, CKR Law LLP to answer or move be extended to June 22, 2020."

CKR Law LLP

*Jeffrey A. Rinde*

Jeffrey A. Rinde, Managing Partner