UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DCH LICENSING L.L.C., <br><br>                       Plaintiff, <br><br>   -against- <br><br> JEFFREY RINDE, CKR LAW LLP, DAVID AULT, STRAIGHTLINE CAPITAL L. L. C., AULT CAPITAL. LLC, DONALD HIRSCH, EUWANA CAPITAL LLC, MONSTER CAPITAL CORP., and RICK SIEGEL, <br><br>                       Defendants. | Case No.: 20-cv-2898 <br><br> **STIPULATION EXTENDING TIME TO ANSWER** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that the time for Defendants ~~Jeffrey Rinde and~~ CKR Law LLP, to appear, answer, and/or move with relation to the Summons and Complaint in this action be, and hereby is, extended to and including June 22, 2020.

**IT IS FURTHER STIPULATED AND AGREED** that signature by facsimile or scan is deemed sufficient and that this stipulation may be executed in counterparts.

Dated: Mineola, NY
       May 21, 2020

**JOHNSTON LAW LLC**

*/s/ Daniel A. Johnston*

**DANIEL A. JOHNSTON**
*Attorney for Plaintiff*
**DCH LICENSING L.L.C.**
332 Willis Ave.
Mineola, New York 11501
SDNY Bar: DJ0235
T: (516) 388-7611
Dan@JohnstonLawNY.com

Dated: May 28, 2020

**CKR LAW LLP**

*/s/ Jeffrey A. Rinde*

**JEFFREY RINDE**
*On Behalf of Defendants:*
~~JEFFREY RINDE and~~ **CKR LAW LLP**
1330 Avenue of the Americas, 12th & 14th Floors
New York, New York 10019

4603876-1